IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3038 |
| | ) | |
| V. | ) | |
| | ) | |
| DANIEL KUCA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Based on the facts set forth in the defendant's motion, (filing no. 13),

IT IS ORDERED:

1. The defendant's unopposed Motion to Enlarge Time (Filing No. 13), is granted. Pretrial motions are due on or before July 2, 2010.

2. The trial of this case remains scheduled to commence before Judge Richard G. Kopf on the 12th day of July, 2010, at 9:00 a.m. in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska

3. The ends of justice served by granting defendant's motion to enlarge time outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and July 2, 2010, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

DATED this 3rd day of June, 2010.

BY THE COURT:

S/ *Cheryl R. Zwart*
United States Magistrate Judge