UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>DANIEL KUCA, )<br>)<br>Defendant. ) | 4:10CR3038<br><br>**FINAL ORDER OF**<br>**FORFEITURE** |

NOW ON THIS 14th day of January, 2011, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On October 22, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252 and 2253 based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following was forfeited to the United States:

    a.    One Gateway Laptop Computer, Model #MS2252, Serial No. LXW430X013908B285D220;

    b.    One Compaq Presario Desk computer, Model # SR1520NX, Serial No. CNH5240L5B;

    c.    One Hitachi internal hard drive, Model # HTS72323l9a360, Serial No. NEG6E1DD;

  d.  One Samsung internal hard drive, Model # SP1604N, Serial No. S013J20Y55619;

  d.  One Western Digital internal hard drive, Model # WD600, Serial No. WMAA61180404.

 2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site www.forfeiture.gov for at least thirty consecutive days, beginning on November 6, 2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on January 7, 2011 (Filing No. 44).

 3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

 4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

 IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

 A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

 B. All right, title and interest in and to the properties held by any person or entity, is hereby forever barred and foreclosed.

 C. The properties be, and the same hereby are, forfeited to the United States of America.

 D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

 DATED this 14th day of January, 2011.

           BY THE COURT:
           *Richard G. Kopf*
           United States District Judge